IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3107 |
| vs. | ORDER |
| SONIA LOPEZ-PEREZ, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Count (filing 71). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of Count I of the indictment, with prejudice.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Count (filing 71) is granted.

2. Count I of the indictment is dismissed with prejudice.

3. This case is closed.

Dated this 15th day of January, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge